```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :   Misc. No. 1:21-mc-00698
IN RE SUBPOENA ISSUED IN:                               :
                                                        :   **MOTION TO QUASH SUBPOENA**
In re: Zantac (Ranitidine)                              :   **AND FOR REIMBURSEMENT OR,**
Products Liability Litigation                           :   **IN THE ALTERNATIVE, FOR A**
Case No. 9:20-md-02924-RLR (S.D. Fla.)                  :   **PROTECTIVE ORDER**
-------------------------------------------------------  :
                                                        :
MICHAEL BRETHOLZ,                                       :
Petitioner,                                             :
                                                        :
- against –                                             :
                                                        :
GLAXOSMITHKLINE LLC,                                    :
Respondent.                                             :
                                                        :
------------------------------------------------------- X
```

**PLEASE TAKE NOTICE** that upon the declaration of Sean A. Burstyn, Esq. executed on September 1, 2021, the declaration of Michael Bretholz, Esq. executed on September 1, 2021, the declaration of David Light, executed on September 1, 2021, the declaration of Gregory Frank, Esq. executed on September 1, 2021, and the memorandum of law submitted herewith, Non-Party Movant Michael Bretholz ("Non-Party"), by and through his attorneys, Burstyn Law PLLC and Cinque & Cinque P.C., will move this Court as soon as counsel can be heard, for an Order pursuant to Rule 45 of the Federal Rules of Civil Procedure, granting Non-Party's Motion to Quash Subpoena and For Reimbursement or, in the Alternative, for a Protective Order ("Motion"), and quashing, modifying or granting protection from the subpoena *duces tecum* annexed as Exhibit A to the Burstyn Declaration, and awarding costs, fees, and reimbursement for lost time. Petitioner respectfully requests that the Court hold oral argument on this Motion.

-2-

Dated: September 1, 2021　　　　　　　Respectfully submitted,

**BURSTYN LAW PLLC**

By: /s/ *Sean A. Burstyn*
Sean A. Burstyn
sean.burstyn@burstynlaw.com
1111 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (917) 810-8450

**CINQUE & CINQUE, P.C.**
James Cinque
cinque845@aol.com
355 Lexington Avenue, 8th Floor
New York, NY 10017
Tel: (212) 759-5515

*Attorneys for*
*Non-Party Michael Bretholz*