UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| MICHAEL BRETHOLZ, | |
|---|---|
| Petitioner, | 21 Misc. 698 (KPF) |
| -v.- | **ORDER** |
| GLAXOSMITHKLINE LLC, | |
| Respondent. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Petitioner's motion to quash a non-party subpoena, or in the alternative, for entry of a protective order. (Dkt. #1-5, 7). The parties are directed to adhere to the following deadlines for responsive briefing: Respondent's opposing papers will be due on or before September 23, 2021, and Petitioner's reply, if any, will be due on or before September 30, 2021.

Petitioner is directed to transmit a copy of this Order to Respondent through any previously-used means of communication.

SO ORDERED.

Dated:   September 2, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge