UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Subpoena Issued In: *In re: Zantac (Ranitidine) Products Liability Litigation*, Case No. 9:20-md-02924-RLR (S.D. Fla.)<br><br>Michael Bretholz,<br>　*Petitioner*,<br><br>v.<br><br>GlaxoSmithKline LLC<br>　*Respondent*. | No. 1:21-mc-00698-KPF<br><br>Judge Katherine Polk Failla |

\* \* \* \* \*

*PERTAINS TO SUBPOENA ISSUED IN:*

\* \* \* \* \*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In Re: Zantac (Ranitidine) Products Liability Litigation | MDL No. 2924<br>20-MD-2924<br><br>Judge Robin L. Rosenberg<br>Magistrate Judge Bruce E. Reinhart |

**RESPONDENT GLAXOSMITHKLINE LLC'S NOTICE OF MOTION TO COMPEL PETITIONER MICHAEL BRETHOLZ'S COMPLIANCE WITH SUBPOENA AND OPPOSITION TO PETITIONER'S MOTION TO QUASH SUBPOENA AND FOR REIMBURSEMENT OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

For the reasons set forth in the accompanying memorandum, pursuant to Federal Rule of Civil Procedure 45, Respondent GlaxoSmithKline LLC (GSK) respectfully asks this Court to compel Petitioner Michael Bretholz to comply with the subpoena served on him by GSK and to

deny Petitioner's Motion to Quash Subpoena and for Reimbursement or, In the Alternative, for a Protective Order, filed in this Court on September 1, 2021 (Docket No. 1).

Dated: September 20, 2021

/s/ Patrick Oot
Patrick Oot, NY #4017745
Shook, Hardy & Bacon LLP
1800 K St. NW, Suite 1000
Washington, D.C. 20006
Telephone: 202.783.8400
Facsimile: 202.783.4211
Email: oot@shb.com

Thomas J. Sheehan, NY #3938859
Shook, Hardy & Bacon LLP
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Telephone: 212.989.8844
Facsimile: 929.501.5455
Email: tjsheehan@shb.com

*Attorneys for Respondent GlaxoSmithKline LLC*

## **STATEMENT REGARDING LOCAL RULE 37.2**

GSK has made a good faith effort to meet and confer with Petitioner to resolve this dispute. Petitioner did not seek an informal conference with the Court, pursuant to Local Civil Rule 37.2, prior to filing his motion to quash. GSK is filing this opposition in response to that motion, with additional relief requested in its motion to compel. While Rule 37.2 may not apply to an opposition, GSK remains willing to participate in informal conferences with the Court should this Court deny GSK's motion to transfer this action to the underlying MDL proceeding.

/s/ Patrick Oot
Patrick Oot
*Attorney for Respondent GlaxoSmithKline LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2021 a copy of the foregoing RESPONDENT GLAXOSMITHKLINE LLC'S NOTICE OF MOTION TO COMPEL PETITIONER MICHAEL BRETHOLZ'S COMPLIANCE WITH SUBPOENA AND OPPOSITION TO PETITIONER'S MOTION TO QUASH SUBPOENA AND FOR REIMBURSEMENT OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER was electronically filed with the Clerk using the CM/ECF filing system and was served on counsel via e-mail pursuant to Pretrial Order 45 in *In Re: Zantac* MDL.

/s/ *Patrick Oot*
Patrick Oot
*Attorney for Respondent GlaxoSmithKline LLC*