UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BRETHOLZ,

                Petitioner,

      -v.-

GLAXOSMITHKLINE LLC,

                Respondent.

21 Misc. 698 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Respondent's motion to transfer this case to the United States District Court for the Southern District of Florida (Dkt. #15), and to stay all proceedings pending the Court's consideration of Respondent's motion to transfer (Dkt. #16). The Court hereby GRANTS Respondent's motion for a stay. This action will be stayed pending the Court's adjudication of Respondent's motion to transfer.

    Petitioner's response to Respondent's motion to transfer is due on or before October 4, 2021. The Clerk of Court is directed to terminate the motion at docket entry 16.

    SO ORDERED.

Dated:    September 20, 2021
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge